

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com

October 25, 2011

**BY ECF**
Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Government Employees Insurance Co. et al. v. Gabinskaya, et al.
            Docket No. CV 10-4286(DLI)(MDG)
            Our File No.: 005100-00023**

Dear Judge Irizarry:

I write to advise the Court that the parties have reached a global settlement in this matter. We are in the process of preparing a confidential settlement agreement, and we expect to have that agreement executed by all parties and file a stipulation of dismissal, with prejudice within the next 2 weeks.

The Court's attention to this request is appreciated.

                                    Very truly yours,

                                    RIVKIN RADLER LLP

                                    Barry I. Levy

cc:    Honorable Marilyn Dolan Go
        United States Magistrate-Judge (By ECF)
        All counsel (by ECF)

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495