

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

November 30, 2011

**BY ECF**
Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: **Government Employees Insurance Co. et al. v. Gabinskaya, et al.**
> **Docket No. CV 10-4286(DLI)(MDG)**
> **Our File No.: 005100-00023**

Dear Judge Irizarry:

I am pleased to advise that the settlement agreement in this matter has been executed by all parties. In connection with the settlement, the Physician Defendants (Tatyana Gabinskaya, M.D. and Clearview of Brooklyn Medical, P.C.) have agreed to dismiss all pending collection lawsuits against GEICO, with prejudice, and to withdraw all arbitrations against GEICO, with prejudice, that are pending before AAA. Our client is preparing those stipulations/withdrawals and will be sending them to the Physician Defendants' counsel. Although we do not presently anticipate any issues, the Stipulation of Dismissal that accompanies this letter and which has been signed by all counsel preserves to the Plaintiffs the right to enforce the agreement in the event a problem arises. We would request that the Court So-Order the Stipulation at its convenience.

The Court's attention to this request is appreciated.

Very truly yours,

RIVKIN RADLER LLP

Barry I. Levy

cc: Honorable Marilyn Dolan Go
United States Magistrate-Judge (By ECF)
All counsel (by ECF)

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495